| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | ROBERT W. RAINWATER, #67212<br>Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330<br>Fresno, California 93721 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorney for Defendant<br>JAN ANTHONY BORRA |

FILED
JUL 21 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:02cr05468 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION ON REMAND TO OPT OUT OF RESENTENCING UNDER *UNITED STATES v. AMELINE* AND PROPOSED ORDER |
| v. | ) | |
| JAN ANTHONY BORRA, | ) | Judge: Honorable Anthony W. Ishii |
| Defendant. | ) | |

WHEREAS the Ninth Circuit Court of Appeal has issued its memorandum opinion in the *United States v. Jan Anthony Borra*, No. 03-10374, attached hereto as Exhibit "A," which remanded the case back to this court for a limited remand under *United States v. Ameline*, 409 F.3d 1073, 1084-85, the parties wish to enter into the following stipulation:

The parties hereto through their respective counsel, United States of America, through its representative, Mark E. Cullers, Assistant United States Attorney, and the defendant, Jan Anthony Borra, and his attorney, Assistant Federal Defender Robert W. Rainwater, hereby stipulate to the following:

1. On issuance of the mandate in the above entitled matter the defendant, Jan Anthony Borra, does not wish to pursue resentencing and under the holding in *Ameline, supra* at 1084, elects to opt out of resentencing by the district court. Counsel for Mr. Borra has spoken with him in person and this is his request. Mr. Borra has currently finished his term of imprisonment and is living in Fresno. In light

1. of the fact that he has been released from custody Mr. Borra does not believe that a resentencing will effect his sentence and therefore request that a new hearing not be held.

2. Both parties agree that the district court should allow Mr. Borra to opt out of a resentencing hearing. Mr. Borra's sentence would remain as previously imposed. All other terms of the judgement and sentence shall remain the same.

McGREGOR W. SCOTT
United States Attorney

Dated: February 27, 2007     By     /s/ Mark E. Cullers
                                    Mark E. Cullers
                                    Assistant U. S. Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated: February 27, 2007     By     /s/ Robert W. Rainwater
                                    ROBERT W. RAINWATER
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    JAN ANTHONY BORRA

## ORDER

IT IS SO ORDERED.

DATED: ~~March~~ 2-27-07 ~~,2007~~

*Nunc pro tunc*

ANTHONY W. ISHII
United States District Court Judge

Borra - Stipulation On Remand To
Opt Out Of Resentencing                     2